PROB 22
(Rev. 1/2001)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| Docket Number (Tran. Court) | 3:20cr141-01 |
| Docket Number (Rec. Court) | **3:22-cr-00252** |

| Skylar Dayne Goodman<br>Tennessee | District: North Dakota | Division: Fargo |
|---|---|---|
| | Sentencing Judge: | The Honorable Peter D. Welte |
| | Supervision Dates: | From: 2/18/2021   To: 2/17/2024 |

| Offense: | Count 1: Violence Against Railroad Carrier, in violation of 18 U.S.C. 1992(a)(1); 1992(a)(10); 1992(b)(1); 1992(c)(1)<br>Count 2: Corruptly Attempting to Obstruct an Official Proceeding, in violation of 18 U.S.C. 1512(c)(2) |
|---|---|

### PART 1 – ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the <u>Middle District of Tennessee</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

07/21/2022
Date

_The Honorable Peter D. Welte_
_Chief United States District Court Judge_

\* This sentence may be deleted in the discretion of the transferring Court.

### PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **MIDDLE DISTRICT OF TENNESSEE**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 25, 202
Effective Date

_United States District Court Judge_

**United States District Court**
**Middle District of Tennessee**

Office of the Cler
800 United States Courthouse
801 Broadway
Nashville, Tennessee  37203
(615) 736-7396

**Clerk**
**U.S. District Court**
**Quentin N. Burdick**
 **United States Courthouse**
**655 First Avenue North, Room 130**
**Fargo, ND 58102-4932**

**Re: TRANSFER OF JURISDICTION**
**USA v. Skylar Dayne Goodman**
**District of North Dakota, Fargo  Criminal Case No. 3:20-cr-141-01**
**Assigned Middle District of Tennessee Criminal Case No. 3:22-cr-00252**

Dear Clerk:

      Enclosed  please find one original Transfer of Jurisdiction, Probation Form 22, which has been approved by **U.S. District Judge William L. Campbell, Jr.**

      **All documents that we need have been retrieved from your website.  It is not necessary for your Court to send any further documentation.**

Sincerely,

*Dalaina Thompson*

Dalaina Thompson
Case Administrator

Enclosure